LOUIS RUSSO, PETITIONER-RESPONDENT, v. UNITED
STATES TRUCKING CORP., RESPONDENT-PETITIONER.

*Mr. Harry Steiner* for the petitioner.

*Messrs. Florio & Marciano* and *Mr. Aaron Gordon* for
the respondent.

September 16, 1957.   Granted.

JEROLD BORNSTEIN, *ET AL.*, PLAINTIFFS-RESPONDENTS,
v. METROPOLITAN BOTTLING COMPANY, INC., DE-
FENDANT-PETITIONER.

See same case below: 45 *N. J. Super.* 365.

*Messrs. Emory, Langan, Lamb & Blake* for the petitioner.

*Mr. William A. Davenport* for the respondents.

September 16, 1957.   Granted.